IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED

APR 14  12 07 PM '05

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05- 35 |
| | ) | |
| DAVID A. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about August 8, 2004, in or near Wilmington, in the State and District of Delaware, David A. Williams, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Norinco 9 mm pistol, Model L213, and ammunition, that is, three PMP Luger bullets, after having been convicted on or about September 15, 1999, of a crime punishable by imprisonment for a term exceeding one year, in the Common Pleas Court of Philadelphia, in the Commonwealth of Pennsylvania, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant U.S. Attorney

Dated: April 14, 2005