IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-35 |
| | ) | |
| DAVID A. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, DAVID A. WILLIAMS, as a result of the Indictment returned against him on April 14, 2005.

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: 4/14/05

AND NOW, this __14__ day of __April__, 2005, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of DAVID A. WILLIAMS.

Honorable Mary Pat Thynge
United States Magistrate Judge