AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of   DELAWARE

UNITED STATES OF AMERICA

V.

DAVID A. WILLIAMS

**WARRANT FOR ARREST**

Case Number:   CR 05-35-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DAVID A. WILLIAMS
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

in violation of   __18__ United States Code, Section(s)   922(g)(1) AND 924(a)(2)

Peter T. Dalleo
Name of Issuing Officer

By: [signature], Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

4/14/ 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED 4/14/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/14/05 | [signature] CPS | [signature] |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                  _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____