IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 05-35-KAJ |
| DAVID WILLIAMS, | ) ) ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, respectfully states:

1. On April 14, 2005, David Williams was indicted in District Court for Possession of a Firearm by a Felon, a violation of 18 U.S.C. § 922(g)(1). An arrest warrant was issued that same day and remains outstanding.

2. David Williams is currently a State prisoner at the State Correctional Institution Greene, 175 Progress Drive, Waynesburg, Pennsylvania.

3. The defendant has not had an Initial Appearance in District Court.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the State Correctional Institution Greene to bring the said defendant David Williams

NOV 3 0 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

before this Court at the earliest practical time for an Initial Appearance and to be returned to the Warden for the State Correctional Institution Greene only after a final disposition of the federal charge against the defendant has occurred through sentencing, or otherwise.

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Richard G. Andrews
First Assistant United States Attorney

Dated: November 29, 2005

**IT IS SO ORDERED** this ___1___ day of ___December___, 2005.

*[signature]*
HONORABLE MARY PAT THYNGE
United States Magistrate Court