# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>**DAVID WILLIAMS**<br>  Defendant. | §<br>§<br>§ CRIMINAL ACTION NO. **05-35- KAJ**<br>§<br>§ |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE STATE CORRECTIONAL INSTITUTION GREENE, WAYNESBURG, PENNSYLVANIA

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **DAVID WILLIAMS** who is now detained and imprisoned in the **STATE CORRECTIONAL INSTITUTION GREENE** and who is a defendant in the above-entitled cause, in which cause the said **DAVID WILLIAMS** was charged with a violation of Title 18 U.S.C. Sec. 922(g)(1) for an **INITIAL APPEARANCE ON JANUARY 19, 2006 AT 1:00 PM** , and to remain in the custody of the U.S. Marshal until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the District Court of the United States for the District of Delaware, this 1ST day of December 2005.

                 PETER T. DALLEO, CLERK

                 By: _____
                    Deputy Clerk

FILED
DEC 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE