IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. A. No. 05-35-KAJ |
| ) | |
| DAVID WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    _x_ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_  Defendant's appearance as required

   _X_  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under §3142(e).

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ___  At first appearance

   _X_  After continuance of _3_ days (not more than 3).

DATED this _18th_ day of _January, 2006_.

COLM F. CONNOLLY<br>
United States Attorney<br>
<br>
By: /s/ Richard G. Andrews<br>
Richard G. Andrews<br>
First Assistant United States Attorney