FILED IN OPEN COURT 1/19/06 KJK

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  )
       Plaintiff,  )
       )
       )  CASE NO. **CR 05-35-KAJ**
   vs.  )
       )
**DAVID A. WILLIAMS**  )
       )
       Defendant.  )

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **19ᵀᴴ** day of **JANUARY**, 2006,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED
JAN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE