UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )
                               )       CASE NO. CRo5-35- KAJ
        vs.                    )
                               )
DAVID A. WILLIAMS              )
                               )
                Defendant.     )

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on JANUARY 25, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until APRIL 5, 2006 The time between the date of this order and APRIL 5, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S Magistrate Judge

cc: Defense Counsel
    United States Attorney